```
1   BENJAMIN B. WAGNER
    United States Attorney
2   KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559)497-4000
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00264 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
|  | ) ORDER FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| NATHANIEL GRANADOS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Richard Beshwate, attorney for Nathaniel Granados, that the status conference set for October 17, 2011 be continued to November 28, 2011 at 9:00 a.m.  The parties need additional time for further investigation and to engage in plea negotiations.  The case involves extensive discovery, including reports and recordings of over 40 witness/defendant interviews.  Further investigation is also being pursued.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded

from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: October 13, 2011			Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

					By	/s/ Kimberly A. Sanchez
						KIMBERLY A. SANCHEZ
						Assistant U.S. Attorney

Dated: October 13, 2011			/s/ Richard Beshwate
						RICHARD BESHWATE
						Attorney for Nathaniel Granados


                            ORDER


IT IS SO ORDERED.

Dated:      October 14, 2011            _____
                                        CHIEF UNITED STATES DISTRICT JUDGE