1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559)497-4000

5

6

7

8 |                   IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   CASE NO. 1:11-CR-00264 AWI
                                    )
12 |                   Plaintiff,    )   STIPULATION AND
                                    )   ORDER FOR CONTINUANCE OF STATUS
13 | v.                              )   CONFERENCE
                                    )
14 | NATHANIEL GRANADOS,             )
                                    )
15 |                   Defendant.    )
                                    )
16 | _____)

17 |      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18 | United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19 | Attorney and Richard Beshwate, attorney for Nathaniel Granados, that

20 | the status conference set for November 28, 2011 be continued to

21 | January 9, 2012 at 9:00 a.m.  The parties need additional time for

22 | further investigation and to further engage in plea negotiations.

23 | The case involves extensive discovery, including reports and

24 | recordings of over 40 witness/defendant interviews.  Further

25 | investigation is also being pursued.  The parties further request the

26 | Court to enter an Order finding that the "ends of justice" served by

27 | a continuance outweigh the interest of the public and the defendant

28 | in a speedy trial, and that the delay occasioned by such continuance

1

1    is excluded from the Act's time limits pursuant to 18 U.S.C. §

2    3161(h)(8)(A).

3
     Dated: November 23, 2011              Respectfully submitted,
4
                                           BENJAMIN B. WAGNER
5                                          United States Attorney

6
                                     By    /s/ Kimberly A. Sanchez
7                                          KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney
8
     Dated: November 23, 2011              /s/ Richard Beshwate
9                                          RICHARD BESHWATE
                                           Attorney for Nathaniel Granados
10

11

12

13
     IT IS SO ORDERED.
14

15   Dated:       November 23, 2011

16                                   CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                     2